## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 189 WAL 2017

          Respondent         :

                              :   Petition for Allowance of Appeal from

      v.                       :   the Order of the Superior Court

DAVID MIKLOS,                :

          Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.